December 9, 2019

**Filed via ECF**
Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007



RE:  Himelda Mendez v. Benrubi Gallery LLC
Index: 19-cv-08134-KPF

### REQUEST FOR ADJOURNMENT

Dear Judge Failla,

Plaintiff respectfully requests a thirty (30) day adjournment of the Initial Conference for the above referenced matter currently scheduled for December 17, 2019.

Defendant Benrubi Gallery LLC was served throught the Secretary of State on September 30, 2019. As of today, Defendant has not contacted Plaintiff, appeared, answered or otherwise moved. Plaintiff requests time to make additional attempts to contact Defendant and for Defendant to appear, answer or otherwise move. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

Regards,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application GRANTED.  The initial pretrial conference currently scheduled for December 17, 2019, is hereby ADJOURNED to February 7, 2020, at 4:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:    December 9, 2019          SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE