# THE MARKS LAW FIRM, P.C.

January 24, 2020

**Via ECF**
Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007



      **RE:**    **Himelda Mendez v. Benrubi Gallery LLC**
              Docket: 1:19-cv-08134-KPF

Dear Judge Failla,

    Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for February 7, 2020.

    Plaintiff was contacted today by an agent of Benrubi Gallery LLC who requested time to review the matter and retain an attorney. Therefore, Plaintiff requests thirty (30) days to allow Defendant time to appear, answer or otherwise move. This is the second request of its kind.

    We thank you and the Court for its time and consideration on this matter.

                                                               Respectfully Submitted,

                                                              The Marks Law Firm, P.C.

                                        By:_____
                                                   Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application GRANTED.  The initial pretrial conference currently scheduled for February 7, 2020 is hereby ADJOURNED to March 10, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:     January 24, 2020
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE