# THE MARKS LAW FIRM, P.C.

March 5, 2020

**Via ECF**
Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007



       **RE:**    **Himelda Mendez v. Benrubi Gallery LLC**
              Docket: 1:19-cv-8134-KPF

Dear Judge Failla,

    Plaintiff respectfully requests a final adjournment of the initial conference in the above referenced matter currently scheduled for March 10, 2020.

    The Parties are currently engaged in good faith settlement discussions. Defendant is in the process of retaining an attorney. Therefore, Plaintiff requests a final thirty (30) days prior to an initial conference. If the Parties do not reach a settlement and Defendant does not appear, answer or otherwise move in the matter, Plaintiff will move for Default. This is the third request of its kind.

    We thank you for your time and consideration on this matter.

                                    Respectfully Submitted,

                                    The Marks Law Firm, P.C.

                              By: _____
                                    Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application GRANTED.  The initial pretrial conference currently scheduled for March 10, 2020, is hereby ADJOURNED to April 14, 2020, at 1:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  No further extensions will be given.

Dated:     March 5, 2020          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE